THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Byron Spivey, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

          ON WRIT OF CERTIORARI

Appeal From Horry County
Paula H. Thomas, Trial Judge
 Larry B. Hyman, Jr., Post-Conviction Relief Judge

Memorandum Opinion No. 2011-MO-019
Submitted July 6, 2011  Filed July 11, 2011   

AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Christina J. Catoe, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct
appeal, we grant the petition for a writ of certiorari, dispense with further briefing, and proceed with a review of the direct appeal issue pursuant to Davis
v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners direct appeal issue is affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Frazier, 386 S.C. 526,
689 S.E.2d 610 (2010); State v. Arnold, 361 S.C. 386, 605 S.E.2d 529 (2004).
AFFIRMED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.